**Order entered June 10, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00421-CV

### IN THE INTEREST OF N.A.G.A., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00439-W**

### ORDER

Before the Court is appellants' June 9, 2022 second motion to extend time to file their jurisdictional letter brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 20, 2022.

/s/     DENNISE GARCIA
        JUSTICE